### MOTT v. MEACH, EXECUTOR TO MOSES MEACH.

It is no cause for arresting judgment that the jury have found a verdict upon evidence which in the opinion of the court is not sufficient.

ACTION of *assumpsit*, upon a promise of said Moses, made in August, A. D. 1788.

Plea — That the deceased did not assume and promise.

Issue to the jury — Verdict that said deceased did assume and promise, etc.

Motion in arrest — That by the Statute against Frauds and Perjuries, and for the limitation of suits, the action is not sustainable.

Judgment — Motion insufficient. The promise is laid to have been made within three years before the bringing of the

action: besides the jury have found the promise: and it is no reason for arresting a verdict, that the jury have found it without sufficient evidence in the opinion of the court, for they are judges of the evidence. Same point adjudged at New Haven this circuit, in the case of Smith v. Bradly; Kirby's Rep. 61, Woodruff v. Whittlesey.